IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03097-BNB


MIKEAL GLENN STINE,

      Petitioner,

v.

MR. D. BERKEBILE, Warden, ADX,
MR. HEWITT, Case Manager ADX, and
MS. PATRICIA RANGEL, Unite Manager ADX,

      Respondents.

---

## ORDER DENYING PETITION AND CLOSING ACTION

---

Petitioner, Mikeal Glenn Stine, is in the custody of the United States Bureau of

Prisons (BOP) and currently is incarcerated at ADX Florence.  Mr. Stine, acting *pro se*,

has filed a Petition for Writ of Mandamus challenging the conditions of his confinement.

The Court has reviewed the Petition and finds that Mr. Stine has not complied with the

requirements of his filing restrictions under *Stine v. Lappin, et al.*, No. 07-cv-01839-

WYD-KLM, Doc. No. 344 at 30-32 (D. Colo. Sept. 1, 2009).  Accordingly, it is

ORDERED that the Petition, ECF No. 1, is denied without prejudice, and the

Clerk of the Court is directed to close the action.

DATED at Denver, Colorado, this  19th  day of __November__ , 2013.

BY THE COURT:


      s/Lewis T. Babcock
      LEWIS T. BABCOCK, Senior Judge
      United States District Court